## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Harry David Buck, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:20-cv-00852-LMM-LTW |
| v. ) | |
| ) | |
| Equifax Information Services, LLC ) | |
| and Oceanside Mortgage Company, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO OCEANSIDE MORTGAGE COMPANY, ONLY

Plaintiff, Harry David Buck, by and through undersigned counsel, hereby dismisses this action against Defendant, Oceanside Mortgage Company, without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 20th day of May, 2020.

                                                                                       **BERRY & ASSOCIATES**

                                                                                       */s/ Joseph L. Erkenbrack*
                                                                                       Joseph L. Erkenbrack
                                                                                       Georgia Bar No.: 801728
                                                                                       JErkenbrack@mattberry.com
                                                                                       Telephone: (678) 996-5172
                                                                                       2751 Buford Highway, Suite 600
                                                                                       Atlanta, GA 30324
                                                                                       *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Oceanside Mortgage Company, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Bret Chaness
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

**BERRY & ASSOCIATES**

*/s/ Joseph L. Erkenbrack*
Joseph L. Erkenbrack
Georgia Bar No.: 801728
JErkenbrack@mattberry.com
Telephone: (678) 996-5172


2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*